**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No.: 1:17-cv-02267-KMT

Crystina Armstrong,

        Plaintiff,

v.

JP Morgan Chase,

        Defendant.

---

**NOTICE OF SETTLEMENT**

---

NOTICE IS HEREBY GIVEN that this case has been settled in its entirety. The Plaintiff anticipates filing a Request for Dismissal of this action in its entirety with prejudice within 60 days. Plaintiff requests that all pending dates and filing requirements be vacated and that the Court set a deadline on or after January 12, 2017 for filing a Request for Dismissal.

Respectfully submitted,

**Hyde & Swigart**

Date: November 13, 2017          By: /s/ Sarah T. McEahern
                                Sarah T. McEahern, Esq.
                                Joshua B. Swigart, Esq.
                                HYDE & SWIGART
                                1525 Josephine St.
                                Denver, CO 80206
                                Telephone: (303) 731-5493
                                FAX: (800) 635-6425
                                Email: sm@westcoastlitigation.com
                                       josh@westcoastlitigation.com

## CERTIFICATE OF SERVICE

I, Sarah T. McEahern, hereby certify that on November 13, 2017, a true and correct copy of this NOTICE OF SETTLEMENT was served on Defendant's counsel via ECF Notice.

**HYDE & SWIGART**

Dated: November 13, 2017        By: s/Sarah T. McEahern
                            Sarah T. McEahern, Esq.